# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC 19-193 CJC (MRWx) | Date | December 23, 2019 |
|---|---|---|---|
| Title | Lauren Paffrath v. The Lampo Group | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

    The parties filed a stipulation to dismiss this case with prejudice. (Docket # 15.) This action is dismissed with prejudice.